UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC WATKINS, | ) | 1:07-cv-00767-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 8) |
| v. | ) | |
| | ) | **ORDER DISMISSING ACTION** |
| A. HEDGPETH, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 17, 2007, the Magistrate Judge filed Findings and a Recommendation that this action be dismissed for Petitioner's failure to comply with the Court's order of July 23, 2007. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

//

/

1

1  In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendation are supported by
5 the record and proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.   The Findings and Recommendation, filed September 17,
8       2007, are ADOPTED IN FULL; and,
9  2.   This action is DISMISSED for Petitioner's failure to
10      comply with the Court's order of July 23, 2007.

12 IT IS SO ORDERED.

13 **Dated:   December 20, 2007**            /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE